UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS H. PETERS,<br><br>　　　　Defendant. | Case No. CR 22-09-SB<br><br>ORDER GRANTING IN PART STIPULATION TO CONTINUE SENTENCING HEARING<br><br>**NOTE CHANGES MADE BY THE COURT** |
|---|---|

<u>ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING</u>

The Court having considered the parties' Stipulation to Continue Sentencing Hearing, and finding good cause therefore:

IT IS HEREBY ORDERED THAT Defendant Thomas H. Peters' sentencing hearing is continued from December 6, 2022, at 8 a.m., to **February 27, 2023, at 8 a.m.**

**IT IS SO ORDERED.**

Dated: November 2, 2022

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge

**cc: USPO**